IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MELISSA CHECKOVAGE, | § | |
| JANA HERRERA and | § | |
| NELIA MCNEAL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. 5:20-CV-00529 |
| VS. | § | |
| | § | |
| BANDERA CENTRAL | § | |
| APPRAISAL DISTRICT | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

## NOTICE OF FILING PETITION FOR REMOVAL

**TO:**   Mr. Stephan B. Rogers
     Mr. Ross S. Elliott
     Rogers & Moore, PLLC
     309 Water Street, Suite 201
     Boerne, TX 78006
     Email: steve@rogersmoorelaw.com
          ross@rogersmoorelaw.com

     Mr. Brian Moffatt
     Moffatt Law Group
     309 Water Street, Suite 201
     Boerne, TX 78006
     Email: btmoffatt@moffattlawgroup.com

Please take notice that a verified petition for removal of the above styled and numbered cause from the 198th Judicial District Court of Bandera County, Texas to the United States District Court for the Western District of Texas, San Antonio Division was duly filed this date, in the United States District Court for the Western District of Texas. Copies of such petition for removal are attached hereto.  You are advised that the Defendant herein, upon the filing of the petition for removal and a copy of the petition with the Clerk of this Court will have affected this removal in accordance with 28 U.S.C. 1441(e).

Respectfully submitted,

LAW OFFICES OF CHARLES S. FRIGERIO
A Professional Corporation
Riverview Towers
111 Soledad, Suite 840
San Antonio, Texas  78205
(210) 271-7877
(210) 271-0602 Telefax
Email: frigeriolaw1995@sbcglobal.net

BY: //s// Charles S. Frigerio
       CHARLES S. FRIGERIO
       SBN:  07477500

       HECTOR X. SAENZ
       SBN: 17514850
ATTORNEYS FOR DEFENDANT
BANDERA CENTRAL APPRAISAL DISTRICT

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Defendant Bandera Central Appraisal District's Notice of Removal has been electronically filed on April 29, 2019 via filed via CM/ECF has been forwarded by electronic mail to the ECF Participant:

Mr. Stephan B. Rogers
Mr. Ross S. Elliott
Rogers & Moore, PLLC
309 Water Street, Suite 201
Boerne, TX 78006
Email: steve@rogersmoorelaw.com
      ross@rogersmoorelaw.com

Mr. Brian Moffatt
Moffatt Law Group
309 Water Street, Suite 201
Boerne, TX 78006
Email: btmoffatt@moffattlawgroup.com

        //s// Charles S. Frigerio
        CHARLES S. FRIGERIO